MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GREEN, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT, public entities, SERGEANT JA HAN KIM, OFFICER ESPARZA, OFFICER PEDERSEN, and DOES 1-10, individually, <br><br> Defendants. | Case No. C10-2649 RS <br><br> **STIPULATION AND (PROPOSED) ORDER RE: DATES FOR DISCOVERY AND TRIAL** <br> AS MODIFIED BY THE COURT |

At the case management conference held on October 14, 2010, this Court ordered the parties to submit a stipulation with proposed dates for discovery and trial. Having now conferred with each other through counsel, the parties stipulate to the following deadlines and dates in this case:

Non-Expert Discovery cutoff:    July 1, 2011

Deadline for Expert Disclosures/Reports:    July 22, 2011

Dispositive Motion Hearing Date:   September 15, 2011, at 1:30 pm

Expert Discovery cutoff:    September 30, 2011

Pretrial Conference:    November ~~14~~ 17, 2011, at 10:00 am

Trial:    December 5, 2011, at 9:00 a.m.

DATED: October 28, 2010          HADDAD & SHERWIN

*Dispositive motions shall be heard on or before October 6, 2011.

/s/ Michael J. Haddad
MICHAEL J. HADDAD
Attorneys for Plaintiff

DATED: October 28, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JAMES F. HANNAWALT
Deputy City Attorneys

By: /s/ James F. Hannawalt
JAMES F. HANNAWALT

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SGT. JA HAN KIM, OFFICER ESPARZA

No. C10-2649 RS: STIPULATION AND (~~PROPOSED~~) ORDER RE: DATES FOR DISCOVERY AND TRIAL          2

## ~~PROPOSED~~ ORDER

By stipulation and agreement of all parties to this action, this Court hereby adopts the above stipulated discovery deadlines and trial date as its order in this matter.

IT IS SO ORDERED.

10/28/10
DATE

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE