MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
Denise Green

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GREEN, Individually, | Case No. C10-2649 RS |
| Plaintiff, | |
| vs. | Hon. Richard Seeborg |
| CITY AND COUNTY OF SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT, public entities, SERGEANT JA HAN KIM, OFFICER ESPARZA, OFFICER PEDERSEN, and DOES 1-10, individually, | **STIPULATION AND (P̶R̶O̶P̶O̶S̶E̶D̶) ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Defendants. | |

All parties, by and through their attorneys, hereby stipulate to the following briefing and hearing schedule for Plaintiff's Motion for Partial Summary Judgment, which was filed on January 19, 2011:

    Defendants' Opposition to be Filed:    March 23, 2011 at noon

    Plaintiff's Reply to be Filed:    April 7, 2011

    Hearing:    April 21, 2011 at 1:30 p.m.

| | | |
|---|---|---|
| 1 | DATED:  January 27, 2011 | HADDAD & SHERWIN |

By:  /s/ Gina Altomare
    GINA ALTOMARE
    Attorneys for Plaintiff
    DENISE GREEN

DATED:  January 27, 2011      DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    JAMES F. HANNAWALT
    Deputy City Attorneys

By:  /s/ James F. Hannawalt
    JAMES F. HANNAWALT
    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
    SGT. JA HAN KIM

**~~PROPOSED~~ ORDER**

By stipulation and agreement of all parties to this action, this Court hereby adopts the above-stipulated briefing deadlines and hearing date as its order in this matter.

IT IS SO ORDERED.

_1/28/11_____      _____
DATE                                  HON. RICHARD SEEBORG
                                             UNITED STATES DISTRICT JUDGE