MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GREEN, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT, public entities, SERGEANT JA HAN KIM, and DOES 1-10, individually, <br><br> Defendants. | Case No. C10-2649 RS <br><br> **STIPULATION AND (~~PROPOSED~~) ORDER RE: DEADLINE FOR EXPERT DISCLOSURES/REPORTS** <br><br> Trial Date: December 5, 2011 |

## STIPULATION

Due to counsels' pending trial calendars and their continuing efforts to meet and confer to resolve outstanding discovery disputes, all parties, by and through their counsel, hereby stipulate and agree to a brief extension of the deadline for expert disclosures/reports from July 22, 2011 to August 19, 2011.

No other dates would be affected by this continuance of expert disclosures. The parties hereby request that this Court enter this stipulation as its order.

No. C10-2649 RS: STIPULATION AND (~~PROPOSED~~) ORDER RE: DEADLINE FOR EXPERT DISCLOSURES/REPORTS

1

1  DATED: May 24, 2011						HADDAD & SHERWIN

2

3								By: /s/ Gina Altomare
								GINA ALTOMARE
4								Attorneys for Plaintiff

5

6

7  DATED: May 24, 2011						DENNIS J. HERRERA
								City Attorney
8								JOANNE HOEPER
								Chief Trial Deputy
9								JAMES F. HANNAWALT
10								Deputy City Attorneys

11

12
								By: /s/ James F. Hannawalt
13								JAMES F. HANNAWALT
								Attorneys for Defendants
14								CITY AND COUNTY OF SAN FRANCISCO,
								SAN FRANCISCO POLICE DEPARTMENT,
15								SGT. JA HAN KIM

16

17

18

19

20

21

22

23

24

25

26

27

28

No. C10-2649 RS: STIPULATION AND (PROPOSED) ORDER RE: DEADLINE FOR EXPERT     2
DISCLOSURES/REPORTS

**(~~PROPOSED~~) ORDER**

By stipulation and agreement of all parties to this action, this Court hereby adopts the above stipulated discovery deadline as its order in this matter.

IT IS SO ORDERED.

_5/24/11_____                          _____
DATE                                       HON. RICHARD SEEBORG
                                           UNITED STATES DISTRICT JUDGE