MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GREEN, Individually, <br><br>   Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT, public entities, SERGEANT JA HAN KIM and DOES 1-10, individually, <br><br>   Defendants. | Case No. C10-2649 RS <br><br> **STIPULATION AND (PROPOSED) ORDER RE: DEFENDANTS' PSYCHOLOGICAL EVALUATION OF PLAINTIFF** <br><br> Trial Date: December 5, 2011 |

## STIPULATION

All parties, by and through their attorneys, hereby stipulate to the following order concerning Defendants' psychological evaluation of Plaintiff being issued in this matter:

1.  Plaintiff Denise Green will appear for psychological evaluation on Friday, June 3, 2011 at 9:00 a.m. at the office of Joanna Berg, Ph.D. at 5665 College Avenue, Suite 240E, Oakland, CA 94618.

2. Ms. Green and Dr. Berg will each make an audio recording of the examination by Dr. Berg.

3. Ms. Green will not sign any authorization or consent form for Dr. Berg, nor will she fill out any forms, charts, new patient records, insurance information, or histories for Dr. Berg or her office.  Ms. Green will complete written tests.

4. The evaluation of Ms. Green will be limited to psychological and neuropsychological evaluation and will not include any medical diagnostic tests or physical examination other than pertaining to the psychological and neuropsychological evaluation.

5. Dr. Berg must preserve all documents relating to these tests and procedures, including any and all notes made by Dr. Berg and her staff at any time before, during or after the examination, all raw data generated during the examination, all tests, forms, score sheets, or other writings generated during the examination whether generated by Ms. Green or Dr. Berg.  Dr. Berg must produce all raw test data to Plaintiff's designated expert in psychiatry/psychology by July 1, 2011, provided Plaintiff identifies the Plaintiff's designated expert on or before June 22, 2011.

6. This examination, any audio recordings of this examination, Dr. Berg's report, all medical and psychotherapeutic information provided to Dr. Berg, and all test data are subject to the protective order already in place in this matter.

7. The examiner's report will be timely provided to Plaintiff's counsel pursuant to Federal Rule of Civil Procedure 35 by July 1, 2011.  This stipulation constitutes Plaintiff's formal request under Rule 35.

8. The Defendants shall provide a copy of this stipulation to Dr. Berg a reasonable time before the examination so that any possibility of disagreement or misunderstanding at the time of the examination is minimized.

DATED:  May 27, 2011        HADDAD & SHERWIN


                            By:  /s/ Gina Altomare
                                 GINA ALTOMARE
                                 Attorneys for Plaintiff


DATED:  May 27, 2011        DENNIS J. HERRERA
                            City Attorney
                            JOANNE HOEPER
                            Chief Trial Deputy
                            JAMES F. HANNAWALT
                            Deputy City Attorneys


                            By: /s/ James F. Hannawalt
                                 JAMES F. HANNAWALT
                                 Attorneys for Defendants
                                 CITY AND COUNTY OF SAN FRANCISCO,
                                 SAN FRANCISCO POLICE DEPARTMENT,
                                 SGT. JA HAN KIM

**(~~PROPOSED~~) ORDER**

By stipulation and agreement of all parties to this action, this Court hereby adopts the above stipulations concerning Defendants' psychological evaluation of Plaintiff as its order in this matter.

IT IS SO ORDERED.

_5/27/11_____                      _____
DATE                                               HON. RICHARD SEEBORG
                                                       UNITED STATES DISTRICT JUDGE