UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENISE GREEN,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 10-cv-02649-RS

**CASE MANAGEMENT SCHEDULING ORDER**

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 11, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1. ALTERNATIVE DISPUTE RESOLUTION.

    MEDIATION. The parties are engaged in private mediation.

    2. DISCOVERY DISPUTES.

    Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

    3. EXPERT WITNESSES.

    The disclosure and discovery of expert witnesses shall proceed as follows:

1    A. The last day for defendants to augment their expert disclosure with an expert to replace their previously disclosed expert Dale Stockton shall be December 17, 2014. The scope of the defendants' new expert's testimony shall be limited to topics addressed in Mr. Stockton's expert disclosure in this case.

C. On or before May 22, 2015, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than June 18, 2015.

5. PRETRIAL CONFERENCE.

The final pretrial conference will be held on **September 3, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

6. TRIAL DATE.

A jury trial shall commence on **September 14, 2015 at 9:00 a.m.,** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 16, 2014

_____
RICHARD SEEBORG
United States District Judge