MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE GREEN, Individually,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT, public entities, SERGEANT JA HAN KIM and DOES 1-10, individually,<br><br>           Defendants. | Case No. C10-2649 RS<br><br>**DECLARATION OF T. KENNEDY HELM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE PORTIONS OF DEFENDANTS' EXPERT SCOT HAUG'S RULE 26 REPORT**<br><br>Date:   April 23, 2015<br>Time:   1:30 p.m.<br>Place:  Courtroom 3, 17th Floor |

No. C10-2649 RS: HELM DECL. IN SUPP. PLF.'S MOT. TO STRIKE DEFS.' EXPERT HAUG'S RULE 26 REPORT

STATE OF CALIFORNIA   )

COUNTY OF ALAMEDA   )

T. KENNEDY HELM, attests and declares as follows:

1. I am an attorney admitted to practice before all of the courts of the State of California, and I am admitted to practice before this Court.

2. I am one of the attorneys for Plaintiff in this matter.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email dated March 6, 2015 from Plaintiff's counsel Michael Haddad to Defendants' counsel James Hannawalt.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a letter dated March 10, 2015 from Defendants' counsel James Hannawalt to Plaintiff's Counsel Michael Haddad.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Defendants' expert witness Dale Stockton's Rule 26 report in this case.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Defendants' expert witness R. Scot Haug's Rule 26 report in this case.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Defendants' expert witness Donald Cameron's Rule 26 report in this case.

8. I have personal knowledge of the facts stated in this declaration. If called upon to testify to same, I am competent to do so.

I declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing information is true and correct. Signed this 17th day of March, 2015.

DATED: March 17, 2015

/s/ T. Kennedy Helm
T. KENNEDY HELM

No. C10-2649 RS: HELM DECL. IN SUPP. PLF.'S MOT. TO STRIKE DEFS.' EXPERT HAUG'S RULE 26 REPORT