# EXHIBIT 4

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:      (415) 554-3837
E-Mail:          james.hannawalt@sfgov.org


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JAHAN KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GREEN, individually, | Case No. C10-2649 RS |
| Plaintiff, | **DEFENDANTS' ADDITIONAL DISCLOSURE OF EXPERT WITNESS TESTIMONY [FRCP 26]** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT, public entities, SERGEANT JA HAN KIM, OFFICER ESPARZA, OFFICER PEDERS, and DOES 1-10, individually, | Trial Date:          September 14, 2015 |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26 and the Court's case management order, Defendants City and

County of San Francisco and Sergeant Kim hereby disclose the following additional expert in place of

Dale Stockton who is no longer available to testify:

Scot Haug, Post Falls Police Department, Post Falls, Idaho, is a retained expert in license plate

recognition systems technology and law enforcement practices and training. His report, qualifications

and fee schedule is attached as Exhibit A.

Dated: 12/17/14

1

2      DENNIS J. HERRERA
       City Attorney
3      JOANNE HOEPER
       Chief Trial Deputy
4      JAMES F. HANNAWALT
       Deputy City Attorneys
5

6      By: /s/
       JAMES F. HANNAWALT
7

8      Attorneys for Defendants
       CITY AND COUNTY OF SAN FRANCISCO,
9      SGT. JA HAN KIM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

R. Scot Haug – Police Practices Expert
Post Office Box 1011 – Post Falls, Idaho 83877
(208) 661-1235
scothaug@gmail.com

---

Defendant's Expert Witness Report – R. Scot Haug

December 16, 2014

Denise Green v. City and County of San Francisco
and the San Francisco Police Department, et al.
United States District Court for the Northern
District of California.

Case No. C10-2649 RS

---

## 1. Introduction:

This is my Federal Rules of Civil Procedure Rule 26 Report, written on behalf of the City and County of San Francisco. I have been asked to state my opinions on the reasonableness of the involved officers' actions given the circumstances presented at the time of the traffic stop involving Ms. Denise Green on March 30, 2009, specifically with regard to the use of Automated License Plate Recognition (ALPR) technology. Ms. Green is the plaintiff in the above-mentioned case. The involved law enforcement officers are Sergeant Ja Han Kim and Officers Alberto Esparza and Robert Pedersen, all of whom were employed by the City of San Francisco Police Department at the time of this incident.

## 2. Documents and Information Reviewed:

My opinions in this report are based upon my review of the following materials as well as my education and experience in law enforcement (outlined in this report and in the attached CV).

   a.  San Francisco Police Department Incident Report – Incident number 090-334-273

   b.  Event History Report 090-334-273

   c.  Dispatch Transcript

   d.  San Francisco Department of Emergency Management Radio Code Identifier Card

e.  San Francisco Police Department District Map

f.  San Francisco Police Department Sector Map

g.  Dispatch Audio Recordings from Incident

h.  Deposition of Officer Michael Deely taken on July 12, 2011

i.  Deposition of Officer Alberto Esparza taken on November 10, 2010

j.  Deposition of Denise Green taken on December 1, 2010

k.  Deposition of Officer Stephen Hom taken on December 22, 2010

l.  Deposition of Sergeant Kim taken on November 10, 2010

m. Deposition of Officer Anderson taken on December 22, 2010

n.  Deposition of Johnathon Ng taken on December 22, 2010

o.  Deposition of Michael Nevin taken on July 21, 2011

p.  Deposition of Robert Pedersen taken on November 10, 2010

q.  PIPS Technology BOSS 3.0 Training

r.  PIPS Technology Pagis and Boss 3.0.x User Training

s.  Report from Roger Clark, Police Procedures Consultant dated August 18, 2008

t.  First amended complaint for damages and Jury demand

u.  United State Court of Appeals for the Ninth Circuit – Opinion in *Green v. County of San Francisco*

v.  Plaintiff's Notice and Motion for Partial Summary Judgment; Memorandum of Points and Authorities in Support

w.  Defendants' Notice and Motion for Summary Judgment or in the Alternative for Partial Summary Judgment and supporting documents

x.  Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motions for Partial Summary Judgment

y. San Francisco Police Department Bulletin – Automated License Plate Recognition Vehicles, September 22, 2010

z. ALPR read of 5SOW750, dated March 21, 2009

aa. Certificate of release dated March 30, 2009 23:15

bb. International Association of Chiefs of Police – Automated License Plate Recognition Systems Policy and Operational Guidance for Law Enforcement

cc. California P.O.S.T Basic Course Workbook Series, Student Material – Learning Domain 22 Vehicle Pullovers, v.3.1

dd. California P.O.S.T Basic Course Workbook Series, Student Material – Learning Domain 21 Patrol Techniques

ee. California P.O.S.T Basic Course Workbook Series, Student Material – Learning Domain 23 Crimes in Progress

## 3. Summary of Expert Qualifications

I am currently employed by the Post Falls Police Department as the Chief of Police, in Post Falls Idaho. As the Chief of Police, I am responsible for the operation and oversight of approximately 100 employees and volunteers who work for the Department. As Police Chief, I oversee and direct all activities of the Police Department including the development of policy and procedure for the Department. I review use of force reports and determine the appropriateness of force used by officers. Additionally, I am actively involved in technology related projects within the Department and across the country. My responsibilities include strategic planning for use of resources, coordinating the activities of the department with those of other local departments and ensuring that services provided and development plans are of the highest quality. I am responsible and accountable for accomplishing departmental planning and operational goals and objectives and for furthering City goals and objectives within general policy guidelines.

In addition, I consult on the use of technology in law enforcement. I have worked on numerous law enforcement related technology projects, from the design and implementation to the actual physical installation and use of these technologies. I have served as a past member of the Department of Justice, NIJ Technical Working Group as a technical expert providing consulting and research on several national law enforcement related technology projects. I currently serve on the International Chief of Police Association (IACP) License Plate Recognition (LPR) subcommittee as one of several members developing LPR standards for the Department of Justice. I have also worked with the IACP to develop their model policy on the use of LPR; this model policy is used across the country as a guideline in the use of LPR. I was also selected as consultant to Booz|Allen|Hamilton to assist them in developing a best practices guide for the purchase and use of LPR.

I have consulted with over 100 law enforcement officers and agencies across the country on technology related projects. I have spent time on technology discussion panels and have experience in answering LPR related questions. I have experience with many agencies' use of the technology by speaking with agency representatives about their practices related to LPR.

In 2007, the Post Falls Police Department was part of a multi-agency (three separate agencies) LPR implementation. I was asked to lead this project and managed the research, purchase, installation and implementation of three mobile and multiple fixed LPR systems in our county. These LPR systems have been in place since May 2007 and are used on a daily basis to assist with our policing mission. Additionally, I was asked to provide training for this project which included the requirement for the officer(s) using the LPR equipment to identify the suspect vehicle and confirm the license plate with dispatch. I was also tasked with developing the Department's policy on the use of ALPR in 2010.

I have written several magazine articles on the use of technology in law enforcement, and have been asked to present at several major conferences across the country on technology, including Computer World Magazine and the International Chief of Police Association. In addition, I have presented

information on LPR technology at numerous regional conferences, including National Technical Investigators Association, Association of Idaho Cities Annual Conference, Idaho Chiefs of Police Association, American Association of Motor Vehicle Administrators, Idaho Associations of Paralegals and the Law Enforcement Video Association. I have also provided training nationally via Webcast.

I have served as a technology consultant to companies such as Lockheed Martin, Booz|Allen|Hamilton, National Institute of Justice and the International Chiefs of Police Association and NLETS related to LPR.

I have been responsible for implementing many Emergency Services technology programs including a citywide LPR project with both fixed and mobile installations. These technology projects have been featured in Law Officer Magazine, Computer World magazine, CEO magazine, and the Harvard University Government Innovators Network.

As an appointee of Governor Otter, I serve as a commissioner on the Emergency Communications Commission as a representative of the Idaho Chiefs of Police Association. As a member of this Commission, we assist cities, counties, ambulance districts and fire districts in the establishment, management, operations and accountability of consolidated emergency communications systems.

Additional information on my background and experience is provided in the attached CV, which I incorporate into this report as Exhibit A.

My compensation rate for my work is $200.00 per hour for review, and $250.00 per hour for deposition and trial, plus reasonable travel expenses. Time spent traveling and waiting to testify is considered billable time.

## 4. Opinions:

My opinions are based on reviewing the documents provided to me, as well as my extensive training and experience. I reserve the right to change my opinion if additional information or documents

are provided. My opinions and use of certain terms merely reflect my training and experience in applying

reasonable standards of care to police officers' conduct, and do not presume or imply a statement of any

legal opinion.

5.  **Findings:**

In forming my professional opinion to determine the reasonableness of the officers' actions, I

have considered the following facts, among others, based on my review and analysis of the materials

provided:

a.  On March 30, 2009, SFPD Officers Esparza and Pedersen were parked alongside the road in a

patrol vehicle equipped with mobile Automatic License Plate Recognition technology (ALPR).

The officers were on a traffic stop and had a subject in custody in the back of their patrol

vehicle.

b.  At approximately 11:13 PM, Ms. Green passed the police vehicle equipped with an ALPR

operated by Officer Esparza. The ALPR system alerted officer Esparza that the vehicle was a

stolen vehicle.  The ALPR system read the license plate as 5SOW750 and displayed the alert

and information on the computer screen.

c.  The ALPR system captured the infra-red image of the license plate, but it was dark outside

and the captured image was not completely readable. Officer Esparza testified that the image

was not clear and he could not verify the license plate. The accuracy of the system is

dependent of a variety of variables, including weather, lighting, installation, fixed or mobile,

etc. He was unable to follow the vehicle and make visual confirmation that the plate matched

the ALPR license plate read due to an arrestee in the back of his patrol vehicle. Although he could not visually verify the plate, he attempted to confirm the alert with dispatch. Officer Esparza broadcast the information about the stolen vehicle over the police radio – "10-30 vehicle, California 5 Sam Ocean William 750 just passing my camera car now". The fact that he could not visually verify that the ALPR license plate read matched the actual license plate was never relayed over the radio.

d. Sergeant Kim was in the area assisting another officer with an arrest when he received the information over the police radio that a stolen vehicle may be headed in his direction. Sergeant Kim heard the information provided by Officer Esparza that a stolen vehicle with license plate 5SOW750 was southbound on Mission. The dispatcher repeats the stolen plate as "5SOW750". Furthermore, a description of the vehicle is broadcast over the police radio by Officer Esparza - it is reported that the vehicle is a four door, dark colored vehicle that "looks like a Lexus".

e. Officers requested dispatch to confirm the license plate was stolen, and the dispatcher confirmed that the plate was stolen, "yeah, it's showing 10-30" (stolen) and once again repeated the license plate as "5SOW750". The dispatcher broadcast that the license plate returned to a 1999 GMC, gray in color. Officers are trained that criminals frequently change license plates on stolen vehicles. It is not uncommon for a stolen license plate or a license plate from a stolen car to be placed on a different vehicle. Sergeant Kim testified that from his experience he knew vehicle plates are often switched.

f.   Sergeant Kim observed the Lexus pass his location and he noticed the first few numbers of the license plate matched what was provided by Officer Esparza and dispatch just moments earlier. The vehicle description matched the information he had been provided over the radio by Officer Esparza, and Sgt. Kim believed that the license plate matched the information he had been provided over the radio. Based on the totality of the information he was provided, Sergeant Kim reasonably believed that the license plate on the Lexus was stolen.

g.   As Sergeant Kim initiated the traffic stop of Ms. Green, he can be heard confirming the plate by reading the license plate correctly to dispatch as "5SOW350". The dispatcher confirms the plate and verifies "that is the same plate," referring to the stolen vehicle plate.

TIME CLOCK:  MONDAY, MARCH 30, 2009, 23:14 AND

22  0 SECONDS.

23      >>> "Put your hands (unintelligible) the car!"

24      >>> Henry 106.  The plate is 5 Sam Ocean

25  William 350.

1      >>> "Put your" --

2      DISPATCH: 5 Sam Ocean William 3 --

3  (unintelligible) that?

4      >>> That was 5 Sam Ocean William --

5      >>> The plate is 5 Sam Ocean William 350.

6      DISPATCH: 10-4.  5 Sam Ocean William 350.

7      TIME CLOCK:  23:14 AND 20 SECONDS.

8      DISPATCH:  Henry 106, just confirming, do you

9  have it stopped?

10     >>> 10-4. (Unintelligible) stop right now.

11     DISPATCH: 10-4. Do you need this air clear?

12     TIME CLOCK: 23:14 AND 40 SECONDS.

13     >>> "Step to the left!"

14     >>> Yeah, just keep 8 clear for now.

15     DISPATCH: Code 33 on A8 for this 10-30 vehicle

16  Henry 106 has, and it's at the 1300 block of Mission.

17     Henry 106 that is that same plate.

18     TIME CLOCK: MONDAY, MARCH 30, 2009, 23:15 AND

19  0 SECONDS.

h.   Based on the information presented to Sergeant Kim, he conducted a "High Risk" traffic stop

     of Ms. Green's vehicle. Based on his observations, radio broadcast and the information

     provided to him by a fellow officer, Sergeant Kim had a reasonable belief that the vehicle

     being operated by Ms. Green was either a stolen vehicle or being operated with the plate

     from a stolen vehicle. Traffic stops are one of the most dangerous duties that a police officer

     performs. Stopping a stolen vehicle provides a significant risk to the officers involved[1].

     Because of the elevated level of danger to the officer along with the unpredictable responses

     of the vehicle occupants associated with stolen vehicles, a reasonable officer would conduct

     a high risk traffic stop under these circumstances.

---

[1] California Basic Course Workbook Series, Student Material – Learning Domain 22 Vehicle Pullovers, v.3.1, page
75.

i.  Sergeant Kim had heard about the ALPR technology in talking with fellow officers. He understood that the technology worked like an electronic hot sheet. A reasonable officer would, with that understanding, reasonably believe that the officer using the ALPR technology would have performed a verification of the information before broadcasting it to follow officers.

j.  Officer Esparza testified during his deposition that he was using the ALPR technology during the evening of March 30, 2009.  Prior to using the ALPR in his police vehicle, Officer Esparza stated that he was trained in operating the system, the purpose of the system and the basis functionality of the system. Officer Esparza was aware that the ALPR can provide inaccurate reads that needed verification, but this information was never relayed to Sergeant Kim during the stop of Ms. Green. The practice of the SFPD in 2009 was to treat the ALPR as an "electronic hot sheet." As a veteran officer, Sgt. Kim was familiar with the use of "hot sheets" in identifying stolen vehicles and stolen plates. When using "hot sheets" the officer with the "hot sheet" visually confirms that the plate on the suspect vehicle matches the number on the sheet, and then the officer making the match calls dispatch to confirm the plate is still listed with law enforcement authorities as a stolen or wanted plate. In 2010, the SFPD disseminated a "Department Bulletin" memorializing this practice and outlining how the ALPR system works. The bulletin describes using the technology like an "electronic hot sheet". The bulletin states in part:

> "An operator should think of the ALPR system as an electronic hot sheet. Just as with a "hit" on a hot sheet, when practical, the officer shall conduct a records check to confirm the vehicle status via dispatch/computer before taking action. An ALPR vehicle alert does not automatically provide ALPR users sufficient justification to pull over or detain the

vehicle occupants. Often times a "vehicle of interest" is not necessarily wanted for a crime but may provide officers with additional instructions of information when located (examples: sex registrant or "of interest" in an investigation) Officers must use discretion, and in some cases, have independent information to justify a traffic stop."

It is my opinion that the way in which the San Francisco Police Department used ALPR technology in 2009 is reasonable and consistent with most agencies' use of the technology at that time, and the absence of formal policy and training was also reasonable and consistent with how law enforcement agencies deploy new technology.

6. **Analysis:**

Prior to the traffic stop of Ms. Green, Sergeant Kim was provided information that the vehicle Ms. Green was driving was stolen. The license number 5SOW750 was repeated by Officer Esparza and dispatch, and the vehicle description was confirmed on several occasions as well. Police officers are trained and learn from experience that they must reasonably rely on the statements, observations and actions of fellow officers and dispatch. Officers routinely take enforcement action based on information they receive from fellow officers, and they are not trained to re-investigate a crime before acting on this information.

Sergeant Kim was relying on the fact that Officer Esparza had broadcast a stolen vehicle, including the direction of travel, location, plate number and type of vehicle. Officer Esparza did not notify Sergeant Kim that he was unable to verify the information provided by the ALPR system. Without this information, Sergeant Kim would reasonably believe that Officer Esparza had visually verified the license plate and confirmed the plate as stolen. Sergeant Kim hears Officer Esparza verifying the stolen license plate with dispatch and hears dispatch confirm that the license plate is stolen. Dispatch informed officers that there was a mismatch of the plate information (registration returned to a GMC and Officer Esparza reported

that the plate was displayed on a Lexus), and this information would cause a reasonable officer to believe that the occupant is intentionally trying to conceal the identity of the vehicle by switching the license plates to commit criminal activity.

As Ms. Green passed his location, Sergeant Kim observed that the vehicle operated by Green matched the description provided by Officer Esparza and he visually confirmed that the first few numbers of the license plate matched. The direction of travel and timing of the vehicle also matched. These observations were quickly made in the dark as Ms. Green's vehicle passed Sergeant Kim.

Additionally, as Sergeant Kim was effecting the traffic stop he broadcast the actual plate on the car (5SOW350) and the dispatcher twice confirmed that he had the correct license plate. Sgt. Kim did not have a printout of the license plate number and was relying on the information Officer Esparza's put out over the radio broadcast and the dispatcher's confirmation. As mentioned previously, traffic stops are inherently dangerous – one of the most dangerous duties a police officer performs. Police officers are frequently killed or injured while making traffic stops. Officer safety concerns are magnified when the officer believes the vehicle they are preparing to pull over is a stolen vehicle. It is critical to consider everything that a reasonable officer would process when locating a stolen vehicle and preparing to make a traffic stop. Traffic stops are particularly dangerous in light of the fact they are rapidly changing and never consistent. Within a very short time frame officers must consider:

1. Safety of the officers involved, making sure there are sufficient officers to assist.

2. Communicating with responding officers, determining who will take the lead role in dealing with the occupants.

3. Safety of the occupants.

4. Selecting a proper location for the stop, based on traffic flows.

5. Safety of public in the area, including pedestrians in the immediate area.

6. Watching the occupants for furtive movements.

7. Making sure you have all of the equipment you need to conduct the stop.

8. Having a plan in case the driver decides to flee in the vehicle or on foot.

9. Providing dispatch and responding officers the pertinent information about the stop – location, direction of travel, etc.

10. Preparing to immediately exit the patrol vehicle and then providing direction to the driver.

The nature of vehicle stops, especially those involving a possible stolen vehicle, dictate that an officer act decisively based on the information known at the time. Every stop is different and dynamic. The above considerations are not an exhaustive list and other factors may arise as the stop unfolds. In this case, Sergeant Kim was trying to catch up to the vehicle that passed his location, which added to the complexity in making the stop. Any assessment of the actions of Sergeant Kim must be considered in light of the totality of the circumstances known and presented to Sergeant Kim at the time of the stop. Even if familiar with the ALPR technology, a reasonable officer would have relied on the information given by fellow officers and dispatch – when a fellow officer (or dispatch) provides you information, you take it for face value and act on it as though it is accurate, verified information. In my experience, ALPR use places the burden of visual verification of the license plate on the officer who has the ALPR technology in his or her vehicle. Though the San Francisco Police Department Bulletin regarding the use of ALPR was not produced and disseminated until 2010, the bulletin would not have changed the outcome here because it states that an ALPR alert should be treated as a "hot sheet". A reasonable officer treating ALPR technology like a hot sheet would understand the responsibility of visual confirmation to rest on the officer with possession of the ALPR reader. Treatment of the ALPR technology in the same manner as a hot sheet was reasonable and consistent with police practices and law enforcement standards at the time.

Based on my review of the documents provided, it is my professional opinion that during the traffic stop of Ms. Green on March 30, 2009, the actions of Sergeant Kim were reasonable and consistent with the expected actions of other officers in similar circumstances.

At trial or deposition I may refer to or use any documents previously reviewed or identified as a basis of my opinions or conclusions. In addition, I may refer to or use any exhibits, compilations or summaries of these documents and possibly visual aids, charts, or exhibits.

The opinions and conclusions expressed by me are not in any way related to compensation paid to me in this matter, nor is my compensation dependent upon the outcome of this case.

_R. Scot Haug_

R. Scot Haug - Post Office Box 1011 - Post Falls, Idaho 83877
(208) 661-1235 - scothaug@gmail.com

*Police Practices Consultant*
*Certified Force Science Analyst*

**1.  Qualifications:**

I am currently employed by the Post Falls, Police Department as the Chief of Police, in Post Falls Idaho. As the Chief of Police, I am responsible for the operation and oversight of approximately 100 employees and volunteers who work for the Department. As Police Chief, I oversee and direct all activities of the Police Department including the development of policy and procedure for the Department. I frequently review use of force reports and determine the appropriateness of force used by officers. Additionally, I am actively involved in technology related projects within the Department and across the Country. My responsibilities include strategic planning for use of resources, coordinating the activities of the department with those of other local departments and ensuring that services provided and development plans are of the highest quality. I am responsible and accountable for accomplishing departmental planning and operational goals and objectives and for furthering City goals and objectives within general policy guidelines.

I began my career with the Post Falls Police Department in 1986, as a volunteer Reserve Police Officer. I have held the position of Reserve Officer, Reserve Sergeant, Animal Safety Officer, Code Enforcement Officer, Patrol Officer, Field Training Officer, Sergeant, Administrative Sergeant, Lieutenant, Information Technology Administrator, and Captain.

I am a graduate of North Idaho College and hold the Idaho Peace Officer Standards and Training Advanced, Supervisory, and Management certificates. I am former Arrest Techniques Instructor certifications for the Idaho Peace Officer Standards and Training. I currently serve in an advisory role with North Idaho College as the Chairman of the North Idaho College Law Enforcement Program Advisory Committee. This committee provides leadership and recommendations to the College for the Law Enforcement Program.

I am a graduate of the 201st Session of the FBI National Academy in Quantico, Virginia. Most recently, I have served as President of the Montana – Idaho Chapter of the FBI National Academy Associates, and am currently the Secretary – Treasurer for the Chapter.

I have been an Idaho Peace Officer Standards and Training instructor since 1992 and served as the primary Arrest Techniques and Handcuffing Instructor at North Idaho College for nearly ten years. In addition, I was the primary Arrest Techniques and Handcuffing Instructor for the North Idaho Reserve Academy. As SWAT Commander I have received both the SWAT basic and team commander training from the National Tactical Officer Association. I have consulted with numerous agencies regarding use of force issues, I have lectured to hundreds of law enforcement officers and executives around the county on officer safety related issues and reducing agency risk. I am currently Idaho Peace Officer Standards and Training instructor in Officer Survival Techniques.

I have received extensive training in Arrest Techniques, which includes the use of handcuffs and the associated techniques used by officers to apply them. I have taught hundreds of law enforcement officers in the proper techniques an officer would use to place an arrestee safely and legally into custody.

I was a committee member for the Idaho Peace Officers Standards and Training where I participated in the standardization and development of the Idaho Arrest Techniques and Handcuffing Curriculum for the State of Idaho. I was one of twelve law enforcement employees who participated from across the state. The manual we developed has been used to train thousands of police officers across the state and much of this information is still in use today by the Idaho Peace Officer Standards and Training.

I am currently a Board member for the non-profit Below 100 Corporation. Additionally, I am currently a core trainer for Below 100, which is a nationwide officer safety and risk management training program focused on reducing line of duty deaths and officer injuries. I have presented at several law enforcement conferences and trained hundreds of law enforcement officers across the Country, providing both basic and "train the trainer" instruction to line level officers and agency executives.

I was selected to serve as a representative of the Statewide Lexipol Model Policy Board where I assisted ICRMP and Lexipol in developing a statewide model policy for the state of Idaho.

As a Board Member for the Idaho Chief of Police Association I currently serve as the First Vice President for the Association.

In addition to my work on use of force matters, I consult on the use of technology in law enforcement. I have worked on numerous law enforcement related technology projects, from the design, implementation and actual physical installation of these technologies. I have served as a past member of the Department of Justice, NIJ Technical Working Group as a technical expert providing consulting and research on several national law enforcement related technology projects. I currently serve on an International Chief of Police Association (IACP) License Plate Recognition (LPR) subcommittee as one of several members developing LPR standards for the Department of Justice. I also worked with the IACP to develop their model policy on the use of LPR; this model policy is used across the Country as a guideline in the use of LPR.  I have consulted with over 100 law enforcement agencies across the country on technology related projects.

I have written several magazine articles on the use of technology in law enforcement, and have been asked to present at several major conferences across the Country on technology, including Computer World Magazine and the International Chief of Police Association.

I have served as a technology consultant to companies such as Lockheed Martin, Booz|Allen|Hamilton, National Institute of Justice and the International Chiefs of Police Association.

I have been responsible for implementing many of the City's Emergency Services technology programs including a citywide LPR project with both fixed and mobile installations. The technology projects have been featured in Law Officer Magazine, Computer World magazine, CEO magazine, and the Harvard University Government Innovators Network.

As an appointee of Governor Otter, I serve as a commissioner on the Emergency Communications Commission as a representative of the Idaho Chiefs Association. As a member of this Commission, we assist cities, counties, ambulance districts and fire districts in the establishment, management, operations and accountability of consolidated emergency communications systems.

## 2.  Professional Experience:

| | | |
|---|---|---|
| 2009 – Present | **Chief of Police** | |
| | Post Falls Police Department | Post Falls, Idaho |

Currently serve as the Chief of Police for the Post Falls Idaho Police Department. The Department has approximately 100 employees and volunteers and provide law enforcement service to a community of approximately 30,000 residents.

**1995- 2006**        **Part-Time Instructor - Law Enforcement Program**
                     North Idaho College - Coeur d'Alene, Idaho

                     Primary instructor for Arrest Techniques and Handcuffing instruction, which included
                     the instruction of self-defense techniques, handcuffing, use of force, use of impact
                     weapons, and Taser. Responsible for self-defense instruction to all students in the law
                     enforcement program. Also provided Arrest Techniques training to hundreds of
                     Reserve Police Officer candidates during this time.

**2002 – Present**     **Consulting:**

                     NIJ/IACP – Technology consultant participating in the national standards development
                     committee for License Plate Recognition (LPR).

                     NIJ/IACP – Technology consultant participating in the national standards development
                     committee for Interview Room Recording Systems Standards.

                     CJIS - Criminal Justice Information Systems Committee – Member

                     North Idaho College Law Enforcement Program Advisory Committee – Chairman

                     Arrest Techniques Consultant – Use of Force, Taser and Handcuffing

                     Technology Consultant – International Association of Chiefs of Police (IACP)

                     Technology Consultant – International Association of Chiefs of Police – LPR Advisory
                     Committee.

                     Technology Consultant – Booze/Allen/Hamilton – San Diego

                     Grant Consultant – Lockheed Martin

                     Technology consulting to various law enforcement agencies and law enforcement
                     officers across the Country

                     U.S. Department of Justice – Communications Technology Member

                     Officer Safety Instructor  - Below 100 Core Trainer

                     Board Member – Below 100 Cooperation

**2007 – 2009**        **Captain**
                     Post Falls Police Department                    Post Falls, Idaho

                     Responsible for the operation of the four Divisions within the Department (Patrol,
                     Communications, Investigations and Information Systems).  The Department consists
                     of 95 full-time employees and volunteers with a budget in excess of $4.3 million and
                     covers a City of over 26,000 people, and a 911 PSAP providing service to two
                     jurisdictions.

| 1997 – 2007 | **Lieutenant – Patrol, Communication and Information Systems Divisions** | |
|---|---|---|
| | Post Falls Police Department | Post Falls, Idaho |

Responsible for the Uniformed Patrol Division, 911 Communications Division and the Information Technology team. This included the supervision of 40+ employees in the different divisions. Responsible for the implementation of several Department programs including the reconstructing of the Department policy on two separate occasions. Position included the oversight of the Department SWAT team, and serving as the SWAT Commander.

| 2000 – 2002 | **Systems Administrator** | |
|---|---|---|
| | Post Falls Police Department | Post Falls, Idaho |

Purchased, installed and implemented TCP/IP network for Police Department consisting of three separate buildings spanning three blocks, including 25+ client computes and several servers. Servers running Unix (SCO) and Windows operating systems. Served as the project manager for the research, design and implementation of multi-faceted Citywide wireless LAN.

| 1994 – 1997 | **Administrative Sergeant** | |
|---|---|---|
| | Post Falls Police Department | Post Falls, Idaho |

Responsible for Administrative duties including training, scheduling, purchasing and program implementation. Supervised Patrol Team, Animal Safety and Fleet Maintenance. Responsible for all Department training. Provided Arrest Techniques and handcuffing training to Department staff, as well as, agencies in the surrounding area.

| 1992 – 1994 | **Patrol Sergeant** | |
|---|---|---|
| | Post Falls Police Department | Post Falls, Idaho |

Acting shift commander. Supervised Patrol teams responsible for the shift including incident commander as needed.

| 1990 – 1992 | **Patrol Officer** | |
|---|---|---|
| | Post Falls Police Department | Post Falls, Idaho |

Worked as a Patrol Officer and Field Training Officer. As part of my duties, I attended training and developed the Department Field Training Manual. This manual was used to train law enforcement officers for our agency.

| 1988 – 1990 | **Code Enforcement Officer/Animal Control** |
|---|---|

| 1986 – 1988 | **Reserve Police Officer/ Animal Control Officer** |
|---|---|

| | |
|---|---|
| **Education** | **North Idaho College** |
| | AAS Law Enforcement |
| | AAS Administration of Justice |
| | **College of Southern Idaho** |
| | **Lewis and Clark State College** |
| | **City University** |
| | **University of Virginia** |
| **POST Certifications** | Basic |
| | Intermediate |
| | Advanced |
| | Supervisor |
| | Management |
| | Arrest Techniques and Handcuffing – Past Idaho P.O.S.T. Instructor Certification |
| | Officer Survival – Current  Idaho P.O.S.T. Instructor Certification |
| | Certified Force Science Analyst – *Force Science Institute 2013* |

## Police Training

**2014**

**International Chiefs of Police Association Annual Conference – Orlando, Florida – October 2014**

- A Police Officer's Attentional Process in an Officer –Involved Shooting Incident – Executive Director, Force Science Institute William Lewinski, PhD

- Recording Officers' Conduct: Avoiding Legal Pitfalls - Daigle Law Group, LLC, CT

- Police Interactions with Suspects with Mental Illness: How to Keep Officers and Suspects Safe and Reduce Injures – Plenary Workshop, panel discussion

- Rialto Police Department Body-Worn Camera Experiment

- Excited Delirium Syndrome: A Threat to Officer Safety – Professor of Neurology and Molecular and Cellular Pharmacology, University of Miami, Deborah Mash PhD.

- Police Executive Research Forum – Town Hall Meeting, Hilton Orlando. Discussion was based around the use of force in law enforcement.

**FBI National Academy Associates Conference – Coeur d' Alene, Idaho – September 2014**

- The Spirit of Leadership: Winning Hearts and Inspiring Action. This presentation includes an underlying theme of ethically-based decision-making. Valerie Van Brocklin

- Leadership for Reducing Organizational Stress. Dr. Kevin Gilmartin

- Communication is a Leadership Imperative. Ancil Sparks

**International Association of Chiefs of Police, 38th IACP Law Enforcement Information Management Training Conference and Exposition, Atlanta, Ga. – (May 2014)**

- Improving Officer Safety with Existing Technology – Guest Speaker

- How to Important technology can assist Law Enforcement Service Delivery, Reduce Cost, and Connect with the Public.

**Institute For the Prevention of In-Custody Death, Inc. Legal, Medical, and Scientific Constraints on Human Restraints Symposium – Las Vegas – April 2014**

- History of Restraint – Dr. John Peters
- Restraint Liability Concerns - Charles Wilhite, J.D.
- Proving Injury and Recovering of Police Negligent Handcuffing Injuries – Dr. Glen McGovern
- Current Restrain Issues – Ken Katsaris M.S.
- Reasonable use of Restrains in Corrections – Dr. Donald Leach
- Scientific Research, Sample Size and Significance – Dr. John Peters
- The History and Science of Positional and Restraint Asphyxiation – Dr. Tom Neuman
- Physiology of Restrain – A Review of Latest Research – Dr. Ted Chan
- Cuffs, Chains, Chairs – Dr. Gary Vilke
- TARP Instruction (Core Cuffing), Certified in the use of TARP cord – Ken Katsaris M.S.
- Electronic Restraints: Do they Shock the Conscience – Ken Wallentine J.D.
- The WRAP Restraint System: A descriptive, Field Setting Study – A. David Berman M.S.

**Idaho Chiefs of Police Association – Boise, Idaho – January**

- Educational Presentation on Hiring, Discipline, Termination and other Liability Issue for Chiefs
- Internet Crimes Against Children
- Educational Presentation, Leadership in Police Organizations: Motivating Employees
- Body-worn Digital Video Cameras for Law Enforcement

**2013**   **Excited Delirium and Agitated Chaotic Events Instructor Certification – December 2013**. Institute for the Prevention of In Custody Deaths, INC.

**Ethical Decision Making for Law Enforcement – Moscow Police Department, October 2013**. James Dodson, Commander Odessa Texas Police Department

**Force Science Institute Certification Course – Los Angeles, California (Los Angeles County Sheriff's Department Training Facility).  October 2013**

- Understanding and Leveraging the Psychophysiology of Emotional

Intensity – Dr. Sztajnkrycer
- Excited Delirium – Dr. Hall
- Overview of Vision – Chris Lawrence, MA
- Fundamentals of Human Performance – Chris Lawrence, MA
- The Emotional Component of Chris Encounters and the Investigatory Implications – Dr. Artwohl
- The Cognitive Interview – Memory Enhancing Techniques for Investigative Interviewing – Dr. Geiselman
- Interviewing Officers Who Have Been Involved in a Shooting: Policy and Legal Implications – John Hoag, JD

**FBI National Academy Associates Conference – Helena, Montana**

- Success Under Stress – Dr. Sharon Melnick
- The Five Enemies of Effective Leadership – Dr. James Reese

**Idaho Chiefs of Police Association – Twin Falls, Idaho – September**

- Pursuit/Shooting – Case Debrief
- In Custody Death Investigation

**Officer Safety - Below 100 Instructor Training – Coeur d' Alene, Idaho - June**

**International Association of Chiefs of Police, 37th IACP Law Enforcement Information Management Training Conference and Exposition, Scottsdale, Arizona – May**

- Using Technology to Increase Officer safety – Guest Speaker
- LPR Data Sharing
- Investigating and Preventing Gun Violence in our Communities
- NLETS Policy
- Managing the Life Cycle of Digital Evidence
- MLETS Technology and Operational Panel Discussion

**Property and Evidence Management Recertification – International Association of Property and Evidence, Spokane, Washington - April**

**Next Generation 911 Overview, Geo Comm – Idaho Emergency Communications Committee Training – Twin Falls, Idaho**

**Firesafe – "Is Your School Safe" – Webinar March**

- Preparing school safety plans

**National Tactical Officers Association – Webinar February**

- Preparing Today's Patrol Officers for the Next Critical Incident

**Idaho Chiefs of Police Association – Boise, Idaho – January**

**2012**
- Advanced Media Relations
- Eyewitness Identification Best Practices

- New DNA in Law Enforcement -Dr. Greg Hampikian

**Officer Safety Below 100**

**University of Idaho – Post Falls, Idaho – October**

- Cyber Security Workshop

**Idaho Chiefs Of Police Association – Boise, Idaho – June**

- Idaho Suicide Prevention
- Idaho Children's Trust

**FBI National Academy Associates Conference – Coeur d' Alene, Idaho**

- Effective Management and Leadership - FLETC
- Leadership Training – Gordon Graham

**Idaho Chiefs Of Police Association – Boise, Idaho – January**

- Communication for Law Enforcement  - Rural Policing Institute

**2011**

**International Chiefs of Police Association Annual Conference – Chicago**

- Law Enforcement Response to Individuals with Mental Illness
- Officers' Personal Cell Phones
- Police Pursuit Policy and Practice
- Data Driven Decision Making: reducing Operating Costs While Maintaining Mission Excellence
- Courage Under Fire – A Tactical and Psychological Debriefing of the Assault on the Detroit Police Department

**FBI National Academy Associates Annual Conference – Billings Montana**

- Outlaw Motorcycle Gangs
- Use of Force Investigations
- Internal Affairs Investigations

**Idaho Chiefs Of Police Association – Coeur d' Alene, Idaho – September**

- Leading a High Performance Organization – PMI
- Forensic Computer Analysis Training
- Probation and Law Enforcement Cooperation
- Law Enforcement Accreditation Training

**Mental Health First Aid Certification Training – August**

**Juvenile Homicide and juvenile Mass Murder – Coeur d' Alene – August**

- Exploring the causes of teen murder
- The warning signs of potential killers

**State and Local Anti-Terrorism Training Program – Post Falls, Idaho – August**

**Idaho Chiefs Of Police Association – Boise, Idaho**

- Idaho Innocents Project, Boise State University
- Agency accreditation procedures, Boise Police Department
- Technical aspects of social media in law enforcement, Boise Police Department
- "What police leaders need to know about pursuits" – Boise Police Department
- Officer phlebotomist Program – Napa Police Department

**FBI National Academy Associates Four State Conference, Jackson Hole Wyoming**
- Law Enforcement Officer Killed and Assaulted training
- Leadership training

2010

**Idaho Chiefs Of Police Association – Coeur d' Alane, Idaho**
- Law enforcement leadership training
- Legal updates
- Alcohol and drug abuse amongst teens.

**International Association of Chiefs of Police, 34th IACP Law Enforcement Information Management Training Conference and Exposition, Atlanta Georgia.**

2009    **Rocky Mountain Program Leadership Program – Cheyenne Mountain, Colorado**
**Co-Instructed – Arrest Techniques and Handcuffing class, Post Falls, Idaho.**
**FBI National Academy Associates Conference – Missoula, Montana**
- Prescription drug training

2008    **FBI National Academy Associates Conference – Post Falls, Idaho**
- Surviving a critical incident
- Terrorism training
- School Violence

**Strategic planning**
**Cyber Crimes Investigations - U.S. Attorney Generals Office**

**Property and Evidence Management – International Association of Property and Evidence - Certified Evidence Officer**

2008    **Taser Instructor Re-Certification, Spokane Washington**

2007    **Critical incident command  - National Tactical Officers Association**
**Less Lethal Weapon Certification**

2006    **Taser Instructor – Taser International – Scottsdale, Arizona**
**Taser Armorer – Taser International –Scottsdale, Arizona**

2005    **FBI refresher training**
**Executive development**
**Employment law**

| | |
|---|---|
| **2004** | **SWAT Commander – National Tactical Officers Association - Las Vegas, Nevada** |
| | **Tactical team operator/active shooter/simunition** |
| | **FBI refresher training** |
| | **Forensic investigations** |
| **2003** | **Arrest techniques and Handcuffing** |
| | **Leadership** |
| | **FBI refresher training** |
| | **Taser Instructor** |
| **2002** | **Leadership** |
| | **Arrest techniques and Handcuffing** |
| **2001** | **Terrorism/Counter terrorism** |
| | **Arrest techniques and Handcuffing** |
| | **Leadership** |
| | **Computing Technology Industry Certification – Certified Computer Professional** |
| **2000** | **FBI National Academy – Quantico Virginia** |

- Forensic Science
- Chemical Munitions
- Behavioral Science
- Management
- Press Relations
- Legal Issues

**Arrest techniques and Handcuffing**
**Arrest techniques and Handcuffing**
**Executive health/Crisis management**
**Chemical agents in law enforcement**

| | |
|---|---|
| **1999** | **Basic SWAT Training/Certification** |
| | **Improvised bombs/Explosive devices** |
| | **Smith/Wesson Pistol** |
| | **Impact Weapons** |
| | **Firearms Instructor** |
| **1998** | **Arrest Techniques and Handcuffing** |
| | **Arrest Techniques and Handcuffing** |
| | **Techniques for Implementing Community Oriented Policing** |
| **1997** | **Training Assessment Conference** |
| | **Arrest Techniques and Handcuffing** |
| | **Arrest Techniques and Handcuffing** |
| | **Arrest Techniques and Handcuffing** |
| | **Leadership** |
| **1996** | **Personnel Defense Seminar – American Society of Law Enforcement Trainers.** |
| | **Scenario Based Training - American Society of Law Enforcement Trainers.** |
| | **ASLET Training** |

ASLET Training
Use of Force - American Society of Law Enforcement Trainers.
Chemical Munitions Instructor - American Society of Law Enforcement Trainers.
Chemical Munitions Overview - American Society of Law Enforcement Trainers.
Arrest Techniques and Handcuffing
Arrest Techniques and Handcuffing – Instructor
Spontaneous Knife Defense Instructor – PPCT Management Systems

**1995**
Officer Involved Shooting and Fatal Investigation
Interview and Interrogation
Drug Enforcement
NIK Identification Instructor – Master Trainer
Supervisor Skills for the 90's

**1994**
Call Response Training
Domestic Violence
Kaminsky Field Training
Chemical Munitions

**1993**
Supervising Problem Employees
First Line Supervisor
Public Information Officer Training

**1992**
First Line Supervisor
Field Training Officer

**1991**
Arrest Techniques and Handcuffing – Instructor
Officer Survival
Drug Team Management
Instructor Development

**1990**
WIN Seminar – Street Survival
Tactical Edge Seminar
Marijuana Investigation
Drug Dog Training
Search Warrants
INOA Firearms
Firearms Training

**1989**
Basic Idaho Peace Officer Standards and Training  Police Academy – Session 83

**1988**
Police Officer Survival Tactics

**1986 - Present**
Various Training Schools – North Idaho Reserve Academy, computer related training, A-Plus computer certification.

## Achievements

**2014**
Instructor – Officer Safety Instruction, Spokane County Sheriff's Department. Officer safety, presented instruction to 100+ law enforcement officers from the United States Air Force Military Police, Washington State Patrol and several other agencies in

Spokane Washington. Provide instruction on reducing officer deaths, injuries and how to reduce risk within law enforcement organizations. (November 2014)

**Guest Speaker – International Chiefs of Police Conference, Orlando Florida.** Provided technology presentation to 250+ law enforcement executives, including best practices and the importance of building secure, robust networks and partnering with other agencies. Presentation included overview of latest technologies and solutions, as well as, discussion of best practices, network security, policy development, and network standards. (October 2014)

**Guest Speaker – Idaho Public Safety Technology Summit, Boise Idaho.** Provided technology presentation and Next Generation 911 update, including best practices, to approximately 100 law enforcement executives. The content of the summit was to provide education to the attendees on Affordability, Collaboration, Partnering and Sustainable Long –Term Planning as it relates to technology. (October 2014)

**Instructor – Officer Safety Instruction, Central Washington University.** Officer safety, presented instruction to 75+ law enforcement officers from the Washington State Patrol and several other agencies in Ellensburg Washington. Provide instruction on reducing officer deaths, injuries and how to reduce risk within law enforcement organizations. Provided Train the Trainer instruction during this class. (October 2014)

**Instructor – Officer Safety Instruction, Washington State Patrol, Burien Washington.** Officer safety, presented instruction to 40+ law enforcement officers from seven different agencies in Centralia Police. Provide instruction on reducing officer deaths, injuries and how to reduce risk within law enforcement organizations. (September 2014)

**Instructor – Officer Safety Instruction, Centralia Washington Police Department.** Officer safety, presented instruction to 70+ law enforcement officers from seven different agencies in Centralia Police. Provide instruction on reducing officer deaths, injuries and how to reduce risk within law enforcement organizations. (September 2014)

**Instructor – Officer Safety Instruction, Adams County Washington Sheriff's Department.** Officer safety, presented Below 100 instruction to 25+ law enforcement officers in Adams County. Provide instruction on reducing officer deaths, injuries and how to reduce risk within law enforcement organizations. (September 2014)

**Instructor – Officer Safety Instruction, Kent Washington Police Department.** Officer safety, presented Below 100 instruction to 100+ law enforcement officers in Kent Washington. Provide instruction on reducing officer deaths, injuries and how to reduce risk within law enforcement organizations. (September 2014 – two classes)

**Instructor – Officer Safety Instruction, Kennewick Washington Police Department.** Officer safety, presented Below 100 instruction to 50+ law enforcement officers in Kennewick Washington. Provide instruction on reducing officer deaths, injuries and how to reduce risk within law enforcement organizations. (August 2014 – two classes)

**Instructor – Officer Safety Instruction, Spokane County Sheriff's Department.** Officer safety, presented Below 100 instruction to 20+ law enforcement supervisors in Spokane. Provide instruction on reducing officer deaths, injuries and how to reduce

risk within law enforcement organizations. (July 2014)

**Speaker/Guest Lecturer – Association of Idaho Cities, 2014 Annual Training Conference, Boise Idaho.** - Officer Safety, Boise Idaho. Provide instruction on reducing officer deaths, injuries and how to reduce risk within their organization using risk management techniques. (June 2014)

**Instructor – Below 100 "Train the Trainer" Instruction, Idaho Falls Police.** Officer safety, presented Below 100 trainer instruction to 40+ law enforcement officer in the Idaho Falls, Idaho area. Agencies included the Idaho Falls Police, Idaho State Police and Bonneville County Sheriff's Department. Provide instruction on reducing officer deaths, injuries and how to reduce risk within law enforcement organizations. (June 2014)

**Speaker/Guest Lecturer – International Association of Chiefs of Police, 38th IACP Law Enforcement Information Management Training Conference and Exposition, Atlanta Georgia.** - Officer Safety, Below 100 Presentation – Atlanta, Ga. Provide instruction on reducing officer deaths, injuries and how to reduce risk within their organization using technology. (May 2014)

**Speaker/Guest Lecturer – Washington Association of Sheriffs and Chiefs', 2014 Spring Exposition and Training Conference** - Officer Safety, Below 100 Presentation – Spokane Washington. Provide instruction to 200 Chiefs and Sheriffs on reducing officer deaths, injuries and how to reduce risk within their organization. (May 2014)

**Author – Officer safety, "How Technology Can Save Lives and Prevent Injury"** April issue 2014 – Law Officer Magazine

2013

**Speaker/Guest Lecturer – Harford Community College** – Officer Safety, Below 100 Presentation – Harford Sheriff's Department, Bel Air Maryland. Provided a train the trainer class to approximately 50 students representing 24 different agencies. (April 2014)

**Speaker/Guest Lecturer – Idaho State University** – Officer Safety, Below 100 Presentation to 50 law enforcement students – Pocatello, Idaho.

**Speaker – Central Washington Chief's and Sheriff's Meeting** – Officer Safety, Below 100 Presentation – Ephrata, Washington

**Speaker – Idaho Sheriff's Association Annual Conference** – Officer Safety, Below 100 Presentation – Boise Conference (December 2013)

**Force Science Institute Certification** – Certified to apply the principals to the analysis of use-of-force incidents.

**Speaker – Idaho Chiefs of Police Annual Conference** – Officer Safety, Below 100 Presentation – Twin Falls Conference

**Author – Officer safety "Setting the Record"** June/July issue 2013 – Law Officer Magazine

**Speaker** – Association of Idaho Cities (AIC) Annual Conference – Traffic Safety, Legislative update – Boise Conference

**Instructor** – Co-instructed Arrest techniques for Post Falls Police Department training session. (April)

**Instructor** – Officer Safety, Below 100 – Instructed Below 100 curriculum for North Idaho College Police Academy.

**Speaker** – International Association of Chiefs of Police, 36th IACP Law Enforcement Information Management Training Conference and Exposition, Scottsdale, Arizona.

**2012**
**Vice President** – Idaho Chiefs Of Police Association. Was elected by the ICOPA membership to serve as the Vice President of the Association.

**Use of Force Shooting Review Board – Coeur d' Alene, Idaho**

**2011**
**Speaker** – Association of Idaho Cities (AIC) Annual Conference – Doing More with Less – Boise Conference

**Speaker** – Law Enforcement Video Association – Key note speaker – Coeur d' Alene Conference.

**Speaker** – Idaho Associations of Paralegals – Post Falls Conference

**Secretary/Treasurer** – Montana/Idaho Chapter of the FBI National Academy Associates. Elected by the members of the duel state association to serve in this position.

**Idaho Emergency Communications Commission** – Currently serve as a Commissioner appointed by Governor Otter to serve on the 911 Commission to represent the Idaho Chiefs of Police Association.

**2010**
**Speaker** – Idaho Chiefs of Police Association, Boise Idaho. – Spoke on Below 100 Officer safety and reducing law enforcement officer deaths nationwide.

**Speaker** – Shot Show Sands Expo and Convention Center, Las Vegas Nevada – Spoke for Law Officer Magazine on Below 100. Officer safety and reducing law enforcement officer deaths nationwide.

**Speaker** – International Chiefs of Police Association Annual Conference, Orlando, Florida – Law enforcement technology.

**Speaker** – Idaho Chiefs of Police Annual Conference, Coeur d' Alene, Idaho.

**Speaker** – International Association of Chiefs of Police, 34th IACP Law Enforcement Information Management Training Conference and Exposition, Atlanta Georgia.

**Speaker** - American Association of Motor Vehicle Administrators, 2010 Region IV Annual Conference, Boise Idaho – Use of LPR in law enforcement.

**2009**            **Author – License Plate Recognition**
                    January 2009 – <u>Law Officer Magazine</u>

                    **Presenter - License Plate Recognition Web Cast**

                    June 2009 – <u>Law Officer Magazine</u>

                    **Presenter** – Cal Amp Mobile Users Conference, San Diego California

**2007 – 2008**     **Speaker** – National Technical Officers Association Conference, Spokane Washington – Spoke about LPR use in law enforcement to 100 law enforcement specialist.

                    **FBI National Academy Associates – Montana/Idaho Chapter President**

**2005 – Present**  **FBI National Academy Associates Idaho Advisory Board – Past Chairman**

**2006 – Present**  **FBI National Academy Associates Youth Leadership Program – Board Member**

**1995 – 2006**     **North Idaho College Law Enforcement Program Advisory Board – Member**

**1997**            **North Idaho College Program Assessment Team – Member**

                    Worked as a three-person team to review the law enforcement program operations, including paperwork, curriculum, instructors and adherence to P.O.S.T. requirements.

                    **Oral Board Member**
                    Lieutenant and other positions - Kootenai County Sheriff's Department, Coeur d'Alene Police Department, Rathdrum Police Department, Spokane County Sheriff's
**1993 - Present**  Department.

**2007**            **Use of Force Shooting Review Board**
                    Kootenai County Sheriff's Department (Idaho)

**2007**            **Author – Electronic Citations in Law Enforcement**
                    October 2007 – <u>Law Officer Magazine</u>

**1995- 2006**      **Lead Instructor – Arrest Techniques and Handcuffing**
                    North Idaho Reserve Academy (Coeur d'Alene, ID)

**2006**            **ICRMP/Lexipol State Policy Development Panel – Member**
                    Served as a panel member to assist in the development of a Statewide modal policy for use by Idaho law enforcement agencies.

**2003**            **Presenter – Technology in Law Enforcement, Pushing the Boundaries**

<u>Computer World Magazine</u> – Mobile and Wireless World Conference, Palm Springs California

**1999 – 2001**  **Member – Idaho POST Arrest Techniques Curriculum Committee**
Idaho Peace Officer Standards and Training (POST) Council – One of several members who assisted in the development of the POST Defensive Tactics and Arrest Techniques Manual.

**1998**  **Spirit Lake Police Department Assessment**

Worked with Post Falls Police staff to assist the Spirit Lake Police Department with consulting to enhancing police services.

**1991**  **Officer of the Year - American Legion, Post Falls Idaho**

**Officer of the Year – Eagles Club, Post Falls Idaho**

**Expert Witness Work**

**2014**

**Saetrum v. Ada County** - Served as an expert witness, provided consultation – currently reviewing.

**Rice v. Ada County** – Served as an expert witness, provided consultation, analysis and report.

**Taylor Bell v. Noblesville** - Served as an expert witness, provided consultation – currently reviewing.

**State of Washington v. Davon J. Henderson 13-1-04057-4** – Served as an expert, provided analysis, documents and testified in Washington State Court on LPR technology.

**2012**  **Wise v. Kootenai County** - Served as an expert witness, provided consultation, analysis and report.

**2010**  **Towry v. Bonner County** – Served as an expert witness, provided consultation, analysis, report.

**2010**  **Petty v. Bonner County** – Served as an expert witness, provided consultation, analysis and report and testified in Federal Court.

**Compensation:**

My compensation rate for my work is $200.00 per hour for review, and $250.00 per hour for deposition and trial, plus reasonable travel expenses. Time spent traveling and waiting to testify is considered billable time.

## PROOF OF SERVICE

I, AMELIA WONG, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On December 17, 2014, I served the following document(s):

**DEFENDANTS' ADDITIONAL DISCLOSURE OF EXPERT WITNESS TESTIMONY [FRCP 26]**

on the following persons at the locations specified:

Michael J. Haddad, Esq.
Julia Sherwin, Esq.
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA 94612
Tel: (510) 452-5500
Fax: (510) 452-5510

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached or** ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☒ **BY EMAIL**: Based on a written agreement of the parties to accept service by email, I transmitted true and correct copies of the above document(s) via a email at         . The email transmission was reported as complete and without error. The

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed December 17, 2014, at San Francisco, California.

_____
AMELIA WONG