UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GREEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 10-cv-02649-RS   (MEJ)<br><br>**NOTICE OF REFERRAL RE DOCKET NO. 102 AND ALL FURTHER DISCOVERY DISPUTES AND ORDER RE PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all further discovery disputes and specifically Docket No. 102, electronically filed on March 17, 2015 and notice for hearing on April 23, 2015, which is a discovery matter, to United States Magistrate Judge MARIA-ELENA JAMES.

The Court **VACATES** the current hearing date and **DENIES** the pending discovery motion without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge MARIA-ELENA JAMES 's standing order (attached).  Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**.  If that procedure does not resolve the disagreement, the parties must file a joint letter instead of a formal motion. After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: April 3, 2015

                                                        MARIA-ELENA JAMES<br>
                                                        United States Magistrate Judge