UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENISE GREEN,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 10-cv-02649-RS

**ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S DETERMINATION**

    This action concerns events which transpired upon defendants' erroneous conclusion that plaintiff Denise Green was driving a stolen vehicle. Plaintiff and defendants the City and County of San Francisco, the San Francisco Police Department ("SFPD"), and Sergeant Ja Han Kim, have been engaged in discovery in anticipation of the upcoming trial, calendared to commence in September 2015. The parties initially disclosed their expert witnesses in 2011. In the interim, however, defendants' expert witness Mr. Dale Stockton became unavailable to testify, necessitating a stipulation between the parties to allow defendants to replace Mr. Stockton with Mr. Scot Haug. Pursuant to the parties' agreement, Mr. Haug was permitted to step in so long as his testimony remained "limited to topics addressed in Mr. Stockton's expert disclosure in this case." Docket No. 99. Contending that Mr. Haug's report exceeded these parameters to plaintiff's detriment, plaintiff moved to have eight offending passages stricken from the report. This motion was denied by the assigned magistrate judge on April 8, 2015 in a thorough and well-reasoned written order, to which plaintiff now objects.

1    A district court may modify a magistrate judge's ruling on a non-dispositive matter only if
2 the order is "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P.
3 72(a); *Bahn v. NME Hospitals, Inc.*, 929 F.2d 1404, 1414 (9th Cir. 1991). It is plain that while
4 Mr. Haug does not address the two chief topics addressed in Mr. Stockton's report—(1) the
5 reasonableness of Sergeant Kim's belief that there was reasonable suspicion to conduct a traffic
6 stop of Ms. Green's car; and (2) that SFPD's policies and training on Automatic License Plate
7 Readers (ALPRs) met national standards—with identical analysis, plaintiff has shown no error in
8 the magistrate judge's conclusion that Mr. Haug nevertheless limited his comments to these topics,
9 in conformity with the parties' agreement. Plaintiff's objections to the non-dispositive order must,
10 therefore, be overruled.

**IT IS SO ORDERED**.

Dated: April 21, 2015

_____
RICHARD SEEBORG
United States District Judge