DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:     (415) 554-3837
E-Mail:        james.hannawalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JA HAN KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GREEN, individually, | Case No. C10-2649 RS |
| Plaintiff, | **STIPULATED REQUEST FOR ASSIGNMENT TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE; ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT, public entities, SERGEANT JA HAN KIM, OFFICER ESPARZA, OFFICER PEDERS, and DOES 1-10, individually, | Trial Date:     September 14, 2015 |
| Defendants. | |

The parties have completed expert discovery.  Jury trial is set for September 14, 2015.  The parties have agreed to participate in a settlement conference with Magistrate Judge Beeler and jointly

1  request an order from the court referring the case to Magistrate Judge Beeler for settlement conference

2  IT IS SO STIPULATED.

3  Dated: May 8, 2015

```
                                    DENNIS J. HERRERA
                                    City Attorney
                                    CHERYL ADAMS
                                    Chief Trial Deputy
                                    JAMES F. HANNAWALT
                                    Deputy City Attorney


                             By:    /s/ James F. Hannawalt
                                    JAMES F. HANNAWALT
                                    Attorneys for Defendant
                                    CITY AND COUNTY OF SAN FRANCISCO
```

Dated: May 8, 2015

```
                                    HADDAD & SHERWIN


                             By:    /s/ Mark Haddad
                                    MARK HADDAD
                                    Attorneys for Plaintiff
                                    DENISE GREEN
```

### ORDER

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

The parties are referred to Magistrate Judge Beeler for a settlement conference.

IT IS SO ORDERED.

Dated: 5/13/15

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE