MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GREEN, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT, public entities, SERGEANT JA HAN KIM, and DOES 1-10, individually,<br><br>Defendants. | Case No. C10-2649 RS<br><br>**STIPULATION AND ORDER RE: BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [AS MODIFIED BY THE COURT]**<br><br>Trial Date: September 14, 2015 |

This matter has been assigned to Magistrate Judge Laurel Beeler for a settlement conference, which will take place on June 19, 2015. Defendants in this matter have filed a motion for partial summary judgment. (Doc. 118 and related documents).

Plaintiff's counsel are currently preparing for a trial that will begin on June 2, 2015, before Judge William B. Shubb in the Eastern District of California, in *Orr v. CHP*, E.D. Ca. Case No. 2:14-cv-00585 WBS EFB. That trial is expected to last seven to ten court days (Doc. 95, p. 8:7-9).

In addition, Plaintiff's counsel, Julia Sherwin, will be speaking at the International Congress on Law and Mental Health in Vienna, Austria, in mid-July 2015, and Michael Haddad will be speaking at the American Bar Association annual convention on July 31, 2015, followed by a week of vacation.

To conserve the time and resources of the parties and the Court, including limiting attorneys' fees and costs incurred by the parties, the parties hereby stipulate and agree to continue the briefing and hearing dates for Defendants' motion for partial summary judgment, as follows:

- Plaintiff's response shall be due July 10, 2015;
- Defendants' reply shall be due July 24, 2015;
- The parties request that the hearing on Defendants' motion for partial summary judgment be scheduled during the week of August 10 or August 17, 2015.

No other dates would be affected by this stipulation.

DATED:  May 19, 2015					HADDAD & SHERWIN LLP


							By: /s/ *Julia Sherwin*

							JULIA SHERWIN
							Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 19, 2015 | DENNIS J. HERRERA |
| | | City Attorney |
| 3 | | CHERYL ADAMS |
| | | Chief Trial Deputy |
| 4 | | JAMES F. HANNAWALT |
| | | Deputy City Attorney |
| 5 | | |
| 6 | | |
| 7 | | By: /s/ James F. Hannawalt |
| | | JAMES F. HANNAWALT |
| 8 | | Attorneys for Defendants |
| 9 | | CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, |
| 10 | | SGT. JA HAN KIM |

## **ORDER [AS MODIFIED BY THE COURT]**

By stipulation and agreement of all parties to this action, this Court hereby adopts the above stipulation. Plaintiff's response to Defendants' motion for partial summary judgment is due on July 10, 2015, and Defendants' reply is due July 24, 2015. The hearing on Defendants' motion for partial summary judgment shall be on August 13, 2015, at 1:30 p.m.

IT IS SO ORDERED.

May 19, 2015
DATE                                                     HON. RICHARD SEEBORG
                                                         UNITED STATES DISTRICT JUDGE