DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:      (415) 554-3837
E-Mail:         james.hannawalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JA HAN KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GREEN, individually, | Case No. C10-2649 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT, public entities, SERGEANT JA HAN KIM, OFFICER ESPARZA, OFFICER PEDERS, and DOES 1-10, individually, | Trial Date: None |
| Defendants. | |

The parties in the above-entitled matter STIPULATE and AGREE as follows:

1. The parties have reached a settlement in this case, subject to the approval of the relevant agencies of the City and County of San Francisco, including the Board of Supervisors;

2. The Board of Supervisors is not in session during August 2015;

3. When the Board reconvenes, the settlement will be referred to committee, where it will undergo multiple readings and a vote by the full Board;

3. The settlement also requires review by the mayor;

4. Defendants anticipate the review by the relevant entities will take at least 60 days;

5. Therefore, the parties agree to move the Order to Show Cause hearing currently scheduled for September 3, 2015 at 1:30 pm to November 5, 2015 at 1:30 pm.

Dated: August 24, 2015

                DENNIS J. HERRERA
                City Attorney
                CHERYL ADAMS
                Chief Trial Deputy
                JAMES F. HANNAWALT
                ELIZABETH PEDERSON
                Deputy City Attorneys


                By: _/s/ James F. Hannawalt_
                      JAMES F. HANNAWALT

                Attorneys for Defendants
                CITY AND COUNTY OF SAN FRANCISCO, AND
                JA HAN KIM


DATED:   August 24, 2015

                HADDAD & SHERWIN


                By: _/s/ Michael J. Haddad_
                      MICHAEL J. HADDAD
                      Attorneys for Plaintiff


Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 8/24/15

                                        Hon. RICHARD SEEBORG
                                        U.S. District Court Judge