MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GREEN, Individually, | Case No. C10-2649 RS |
| Plaintiff, | |
| vs. | **STIPULATION AND (~~PROPOSED~~)** |
| CITY AND COUNTY OF SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT, public entities, SERGEANT JA HAN KIM, and DOES 1-10, individually, | **ORDER OF DISMISSAL** |
| Defendants. | |

All parties, by and through their counsel of record, hereby stipulate and agree that this entire action shall be dismissed with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to settlement agreement of the parties.

1
2  DATED: November 12, 2015              HADDAD & SHERWIN LLP
3
4                                        By: /s/ Julia Sherwin
5                                        JULIA SHERWIN
6                                        Attorneys for Plaintiff
7
8
9
10 DATED: November 12, 2015              DENNIS J. HERRERA
                                         City Attorney
11                                       CHERYL ADAMS
                                         Chief Trial Deputy
12                                       JAMES F. HANNAWALT
                                         Deputy City Attorney
13
14
15                                       By: /s/ James F. Hannawalt
16                                       JAMES F. HANNAWALT
                                         Attorneys for Defendants
17                                       CITY AND COUNTY OF SAN FRANCISCO, SAN
                                         FRANCISCO POLICE DEPARTMENT,
18                                       SGT. JA HAN KIM
19
20      • Mr. Hannawalt gives his permission to submit his electronic signature.
21
22
23
24
25
26
27
28

**(PROPOSED) ORDER**

Pursuant to stipulation and settlement agreement of the parties, this action is dismissed with prejudice, with all parties bearing their own costs and attorneys' fees.

IT IS SO ORDERED.

 11/12/15  
DATE

_____  
HON. RICHARD SEEBORG  
UNITED STATES DISTRICT JUDGE